# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WALLIS, DUANE VIRGIL JR. | § | Case No. 11-04188 |
| WALLIS, JANIECE ANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DEBORAH L. PETERSEN, Trustee_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-04188 | S | Judge: Anita L. Shodeen | Trustee Name: | DEBORAH L. PETERSEN, Trustee |
|---|---|---|---|---|---|
| Case Name: | WALLIS, DUANE VIRGIL JR. | | | Date Filed (f) or Converted (c): | 10/26/11 (f) |
| | WALLIS, JANIECE ANN | | | 341(a) Meeting Date: | 11/17/11 |
| For Period Ending: | 01/21/15 | | | Claims Bar Date: | 08/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 85 VINE STREET, LITTLE SIOUX, IOWA: PURCHASED 2005 | 98,000.00 | 0.00 | | 0.00 | FA |
| 2. 4364 EASTON TRAIL, LITTLE SIOUX, IOWA: PURCHASED 1 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 3. 301 SOUTH CLARK, MONDAMIN, IOWA: PURCHASED 2000 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT: COMMUNITY BANK, LOGAN, IOWA | 713.69 | 713.69 | | 0.00 | FA |
| Checking Account: Community Bank, Logan, Iowa | | | | | |
| 5. SAVINGS ACCOUNT: COMMUNITY BANK, LOGAN, IOWA | 17.54 | 17.54 | | 0.00 | FA |
| Savings Account: Community Bank, Logan, Iowa | | | | | |
| 6. APPLIANCES: STOVE $100.00, FRIDGE $200.00, WASHER/ | 825.00 | 0.00 | | 0.00 | FA |
| Appliances: Stove $100.00, Fridge $200.00, Washer/Dryer $350.00, Dishwasher $50.00, Freezer $50.00, Microwave $75.00 | | | | | |
| 7. TWO COUCHES $200.00, ONE LOVESEAT $50.00, TWO RECL | 400.00 | 0.00 | | 0.00 | FA |
| Two couches $200.00, One loveseat $50.00, Two recliners $150.00 | | | | | |
| 8. TWO SONY TELEVISIONS | 400.00 | 0.00 | | 0.00 | FA |
| Two Sony televisions | | | | | |
| 9. THREE DVD PLAYERS | 60.00 | 0.00 | | 0.00 | FA |
| Three DVD players | | | | | |
| 10. LAPTOP COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| Laptop computer | | | | | |
| 11. BEDROOM FURNITURE: THREE BEDS $100.00, FOUR DRESSE | 300.00 | 0.00 | | 0.00 | FA |
| Bedroom furniture: Three beds $100.00, Four dressers $200.00 | | | | | |
| 12. ENTERTAINMENT CENTER | 300.00 | 0.00 | | 0.00 | FA |
| Entertainment center | | | | | |
| 13. COFFEE TABLE | 75.00 | 0.00 | | 0.00 | FA |
| Coffee table | | | | | |
| 14. DINING ROOM TABLE & CHAIRS | 250.00 | 0.00 | | 0.00 | FA |
| Dining room table & chairs | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 11-04188  S  Judge: Anita L. Shodeen | Trustee Name: | DEBORAH L. PETERSEN, Trustee |
|---|---|---|---|
| Case Name: | WALLIS, DUANE VIRGIL JR. | Date Filed (f) or Converted (c): | 10/26/11 (f) |
|  | WALLIS, JANIECE ANN | 341(a) Meeting Date: | 11/17/11 |
|  |  | Claims Bar Date: | 08/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. CHINA HUTCH | 200.00 | 0.00 |  | 0.00 | FA |
| China hutch |  |  |  |  |  |
| 16. CURIO CABINETS | 50.00 | 0.00 |  | 0.00 | FA |
| Curio cabinets |  |  |  |  |  |
| 17. BOOKCASES | 50.00 | 0.00 |  | 0.00 | FA |
| Bookcases |  |  |  |  |  |
| 18. 50 CDS $50.00, 20 DVDS $40.00 | 90.00 | 0.00 |  | 0.00 | FA |
| 50 CDs $50.00, 20 DVDs $40.00 |  |  |  |  |  |
| 19. HIS/HER CLOTHING | 250.00 | 0.00 |  | 0.00 | FA |
| His/Her clothing |  |  |  |  |  |
| 20. WEDDING RING | 1,100.00 | 0.00 |  | 0.00 | FA |
| Wedding ring |  |  |  |  |  |
| 21. CAMERA | 100.00 | 0.00 |  | 0.00 | FA |
| Camera |  |  |  |  |  |
| 22. VIDEO CAMERA | 50.00 | 0.00 |  | 0.00 | FA |
| Video Camera |  |  |  |  |  |
| 23. STATE FARM INSURANCE: SON NAMED AS BENEFICIARY | 0.00 | 0.00 |  | 0.00 | FA |
| State Farm Insurance: Son named as beneficiary |  |  |  |  |  |
| 24. $50,000.00 WHOLE LIFE POLICY: TAYLOR KOSON, INSURE | 816.05 | 0.00 |  | 0.00 | FA |
| $50,000.00 Whole Life Policy: Taylor Koson, Insured Child |  |  |  |  |  |
| 25. IPERS, 7401 REGISTER DRIVE, PO BOX 9117, DES MOINE | 36,392.00 | 0.00 |  | 0.00 | FA |
| IPERS, 7401 Register Drive, PO Box 9117, Des Moines, Iowa |  |  |  |  |  |
| 26. 2006 FORD FUSION | 8,500.00 | 0.00 |  | 0.00 | FA |
| 2006 Ford Fusion |  |  |  |  |  |
| 27. 2011 FORD FUSION | 20,000.00 | 0.00 |  | 0.00 | FA |
| 2011 Ford Fusion |  |  |  |  |  |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 11-04188 S Judge: Anita L. Shodeen | Trustee Name: | DEBORAH L. PETERSEN, Trustee |
|---|---|---|---|
| Case Name: | WALLIS, DUANE VIRGIL JR. | Date Filed (f) or Converted (c): | 10/26/11 (f) |
| | WALLIS, JANIECE ANN | 341(a) Meeting Date: | 11/17/11 |
| | | Claims Bar Date: | 08/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. 2008 FORD F150 | 15,000.00 | 0.00 | | 0.00 | FA |
| 2008 Ford F150 | | | | | |
| 29. 2008 HARLEY-DAVIDSON FXDB DYNA STREET BOB | 9,000.00 | 0.00 | | 0.00 | FA |
| 2008 Harley-Davidson FXDB Dyna Street Bob | | | | | |
| 30. HOMEMADE LAWNMOWER & TRAILER | 20.00 | 20.00 | | 0.00 | FA |
| Homemade lawnmower & trailer | | | | | |
| 31. 1929 FORD CAR $2,500.00 1966 FORD PICKUP $500.00 J | 5,400.00 | 0.00 | | 0.00 | FA |
| 1929 Ford Car $2,500.00 1966 Ford Pickup $500.00 John Deere Lawnmower $2,400.00 | | | | | |
| 32. DISH TV | 25.00 | 25.00 | | 0.00 | FA |
| Dish TV | | | | | |
| 33. WALK-IN COOLER | 5,000.00 | 5,000.00 | | 0.00 | FA |
| Walk-In Cooler | | | | | |
| 34. SHELVING SINK | 400.00 | 400.00 | | 0.00 | FA |
| Shelving sink | | | | | |
| 35. COOK HOOD & COOKSTOVE $50.00 | 50.00 | 50.00 | | 0.00 | FA |
| Cook hood & cookstove $50.00 | | | | | |
| 36. SECURITY CAMERAS, MOTION DETECTOR ALARM | 1,000.00 | 1,000.00 | | 0.00 | FA |
| Security cameras, Motion detector alarm | | | | | |
| 37. TAX REFUNDS (u) | 0.00 | 5,090.00 | | 5,090.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $260,934.28 | $68,316.23 | | $5,090.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-04188    S    Judge: Anita L. Shodeen | Trustee Name: | DEBORAH L. PETERSEN, Trustee |
| Case Name: | WALLIS, DUANE VIRGIL JR. | Date Filed (f) or Converted (c): | 10/26/11 (f) |
| | WALLIS, JANIECE ANN | 341(a) Meeting Date: | 11/17/11 |
| | | Claims Bar Date: | 08/16/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 03/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-04188 -S | Trustee Name: | DEBORAH L. PETERSEN, Trustee |
|---|---|---|---|
| Case Name: | WALLIS, DUANE VIRGIL JR. | Bank Name: | Union Bank |
| | WALLIS, JANIECE ANN | Account Number / CD #: | *******9962 Checking Account |
| Taxpayer ID No: | *******9251 | | |
| For Period Ending: | 01/21/15 | Blanket Bond (per case limit): | $ 12,191,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/12 | 37 | DUANE WALLIS<br>85 VINE STREET<br>LITTLE SIOUX, IA 51545 | Turnover of Tax Refund and/or Wages | 1224-000 | 5,090.00 | | 5,090.00 |
| 05/16/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | BOND # 016018056 | 2300-000 | | 4.75 | 5,085.25 |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 4.92 | 5,080.33 |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 5,068.04 |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 5,055.75 |
| 09/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 5,043.46 |
| 10/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 5,031.17 |
| 11/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,016.17 |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,001.17 |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,986.17 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,971.17 |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,956.17 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,941.17 |
| * 05/21/13 | 000102 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans LA 70139 | Bond # 016018056 | 2300-003 | | 4.03 | 4,937.14 |
| * 05/21/13 | 000102 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans LA 70139 | Bond # 016018056<br>ERROR IN CALCULATION | 2300-003 | | -4.03 | 4,941.17 |
| 05/21/13 | 000103 | International Sureties, Ltd.<br>Suite 420 | Bond # 016018056 | 2300-000 | | 4.05 | 4,937.12 |

Page Subtotals    5,090.00    152.88

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 18.03a

Case 11-04188-als7    Doc 50    Filed 01/26/15    Entered 01/26/15 15:05:17    Desc Main
Document      Page 8 of 14

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-04188 -S | | Trustee Name: | DEBORAH L. PETERSEN, Trustee |
|---|---|---|---|---|
| Case Name: | WALLIS, DUANE VIRGIL JR. | | Bank Name: | Union Bank |
| | WALLIS, JANIECE ANN | | Account Number / CD #: | *******9962 Checking Account |
| Taxpayer ID No: | *******9251 | | | |
| For Period Ending: | 01/21/15 | | Blanket Bond (per case limit): | $ 12,191,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,922.12 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,907.12 |
| 07/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,892.12 |
| 08/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,877.12 |
| 09/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,862.12 |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,847.12 |
| 11/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,832.12 |
| 12/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,817.12 |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,802.12 |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,787.12 |
| 03/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,772.12 |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,757.12 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,742.12 |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,727.12 |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,712.12 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,697.12 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,682.12 |
| 10/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,667.12 |
| 11/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,652.12 |

Page Subtotals        0.00        285.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*
LFORM24

Ver: 18.03a

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-04188 -S |
| Case Name: | WALLIS, DUANE VIRGIL JR. |
| | WALLIS, JANIECE ANN |
| Taxpayer ID No: | *******9251 |
| For Period Ending: | 01/21/15 |

| | |
|---|---|
| Trustee Name: | DEBORAH L. PETERSEN, Trustee |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******9962  Checking Account |
| Blanket Bond (per case limit): | $ 12,191,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,090.00 | 437.88 | 4,652.12 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,090.00 | 437.88 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,090.00 | 437.88 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********9962 | | 5,090.00 | 437.88 | 4,652.12 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 5,090.00 | 437.88 | 4,652.12 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 18.03a

LFORM24

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 21, 2015 |
|---|---|---|---|---|---|---|

Case Number: 11-04188  
Debtor Name: WALLIS, DUANE VIRGIL JR.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006<br>040<br>5800-00 | Iowa Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 10471<br>Des Moines, IA 50306 | Priority | | $1,386.46 | $0.00 | $1,386.46 |
| 000001A<br>070<br>7100-00 | Bank of the West<br>c/o Brandon Tomjack<br>Baird Holm LLP<br>1500 Woodmen Tower<br>1700 Farnam Street<br>Omaha, NE 68102-2068 | Unsecured | | $26,928.58 | $0.00 | $26,928.58 |
| 000002<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured<br>7669 | | $9,270.39 | $0.00 | $9,270.39 |
| 000003<br>070<br>7100-00 | Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured<br>1289 | | $688.79 | $0.00 | $688.79 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>6462 | | $2,626.53 | $0.00 | $2,626.53 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>9482 | | $4,010.67 | $0.00 | $4,010.67 |
| 000007<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>2538 | | $1,977.29 | $0.00 | $1,977.29 |
| 000008<br>070<br>7100-00 | Miller Fuel & Oil L.L.C.<br>c/o Joe Miller<br>PO Box 6<br>Portsmouth, IA 51565 | Unsecured | | $4,325.00 | $0.00 | $4,325.00 |
| 000009<br>080<br>7200-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>4809 | | $686.54 | $0.00 | $686.54 |
| 000010<br>080<br>7200-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured<br>9463 | | $1,708.27 | $0.00 | $1,708.27 |

|  |  | EXHIBIT A |  |  |  |
|---|---|---|---|---|---|
| Page 2 |  | ANALYSIS OF CLAIMS REGISTER |  |  | Date: January 21, 2015 |

Case Number:    11-04188  
Debtor Name:    WALLIS, DUANE VIRGIL JR.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1A 050 4110-00 | Bank of the West | Secured |  | $50,000.00 | $0.00 | $50,000.00 |
|  | Case Totals: |  |  | $103,608.52 | $0.00 | $103,608.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-04188
Case Name: WALLIS, DUANE VIRGIL JR.
    WALLIS, JANIECE ANN
Trustee Name: DEBORAH L. PETERSEN, Trustee

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1A | Bank of the West | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH L. PETERSEN, Trustee | $ | $ | $ |
| Trustee Expenses: DEBORAH L. PETERSEN, Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Iowa Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors                                          $_____

Remaining Balance                                                                  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Bank of the West | $ | $ | $ |
| 000002 | First National Bank of Omaha | $ | $ | $ |
| 000003 | Merrick Bank | $ | $ | $ |
| 000004 | PYOD, LLC its successors and assigns as | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000007 | Midland Funding LLC | $ | $ | $ |
| 000008 | Miller Fuel & Oil L.L.C. | $ | $ | $ |

Total to be paid to timely general unsecured creditors                     $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Capital One, N.A. | $ | $ | $ |
| 000010 | eCAST Settlement Corporation | $ | $ | $ |

Total to be paid to tardy general unsecured creditors $_____

Remaining Balance $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE